AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

KIMBERLY RODRIGUEZ )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 22-cv-05400-JMA-ST
NEW YOU BARIATRIC GROUP, LLC, )
LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C. )
d/b/a NEW YORK BARIATRIC GROUP, )
NYBG MANAGEMENT AGGREGATOR, LLC, )
NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and )
VIJAY BACHANI, *Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New You Bariatric Group, LLC
125 Mineola Ave Suite 200
Roslyn Heights, NY 11577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

*Laurie Coleman*

Date: 09/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| KIMBERLY RODRIGUEZ<br><br>*Plaintiff(s)*<br>v.<br>NEW YOU BARIATRIC GROUP, LLC,<br>LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C.<br>d/b/a NEW YORK BARIATRIC GROUP,<br>NYBG MANAGEMENT AGGREGATOR, LLC,<br>NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and<br>VIJAY BACHANI,<br>*Defendant(s)* | Civil Action No. 22-cv-05400-JMA-ST |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Long Island Minimally Invasive Surgery, P.C.
125 Mineola Ave Suite 200
Roslyn Heights, NY 11577


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY

*CLERK OF COURT*

*Laurie Coleman*

Date: 09/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KIMBERLY RODRIGUEZ<br><br>*Plaintiff(s)*<br>v.<br>NEW YOU BARIATRIC GROUP, LLC,<br>LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C.<br>d/b/a NEW YORK BARIATRIC GROUP,<br>NYBG MANAGEMENT AGGREGATOR, LLC,<br>NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and<br>VIJAY BACHANI,    *Defendant(s)* | Civil Action No. 22-cv-05400-JMA-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NYBG Management Aggregator, LLC
251 Little Falls Drive
Wilmington, New Castle
DE 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  09/13/2022

*Laurie Coleman*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| KIMBERLY RODRIGUEZ<br><br>*Plaintiff(s)*<br>v.<br>NEW YOU BARIATRIC GROUP, LLC,<br>LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C.<br>d/b/a NEW YORK BARIATRIC GROUP,<br>NYBG MANAGEMENT AGGREGATOR, LLC,<br>NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and<br>VIJAY BACHANI,<br>*Defendant(s)* | Civil Action No. 22-cv-05400-JMA-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NYBG Holdings, LLC
251 Little Falls Drive
Wilmington, New Castle
DE 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 09/13/2022

*Laurie Coleman*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| KIMBERLY RODRIGUEZ<br><br>*Plaintiff(s)*<br>v.<br>NEW YOU BARIATRIC GROUP, LLC,<br>LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C.<br>d/b/a NEW YORK BARIATRIC GROUP,<br>NYBG MANAGEMENT AGGREGATOR, LLC,<br>NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and<br>VIJAY BACHANI,       *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-05400-JMA-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Shawn Garber M.D.
125 Mineola Ave Suite 200
Roslyn Heights, NY 11577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

*Laurie Coleman*

Date:  09/13/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| KIMBERLY RODRIGUEZ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-05400-JMA-ST |
| NEW YOU BARIATRIC GROUP, LLC, LONG ISLAND MINIMALLY INVASIVE SURGERY, P.C. d/b/a NEW YORK BARIATRIC GROUP, NYBG MANAGEMENT AGGREGATOR, LLC, NYBG HOLDINGS, LLC, Dr. SHAWN GARBER M.D. and VIJAY BACHANI, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vijay Bachani
125 Mineola Ave Suite 200
Roslyn Heights, NY 11577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Olena Tatura, Esq.
AKIN LAW GROUP PLLC
45 Broadway Suite 1420
New York, New York 10006
olena@akinlaws.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

CLERK OF COURT

*Laurie Coleman*

Date: 09/13/2022

*Signature of Clerk or Deputy Clerk*